```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Law Offices of Oliver Zhou    Plaintiff(s)    15 CIV. 5266

-vs-                                          Notice of a Pretrial
                                              Conference

PNC Bank                      Defendant(s)

------------------------------------x

    Counsel are directed to appear in Courtroom 20-C on September 22, 2015 at 11:30 a.m., for a pretrial conference, for the purpose of discussing the status of this case. Please notify your adversary as to the date of this conference.

    This conference will not be adjourned except by order of the Court.

SO ORDERED.

DATED: NEW YORK, -NEW YORK
7-8-15

John F. Keenan
JOHN F. KEENAN
U.S.D.J.