Barry J. Glickam, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

Attorneys for Defendant
*Citibank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAW OFFICES OF OLIVER ZHOU,<br><br>Plaintiff,<br><br>- against -<br><br>CITI BANK, N.A., and<br>PNC BANK, N.A.<br><br>Defendants. | Case No.: 15-CV-5266 (JFK) |

**DEFENDANT CITIBANK, N.A.'S FED. R. CIV. P. 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Citibank, N.A., by its undersigned attorneys, discloses, pursuant to Fed. R. Civ. P. 7.1, that Citibank, N.A. is a subsidiary of Citigroup Inc., a publicly held corporation. No publicly held corporation owns ten percent or more of the stock of Citigroup Inc.

Dated:  New York, New York
July 10, 2015

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Barry J. Glickman
Attorneys for Defendant
Citibank, N.A.
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400