UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Law Offices of Oliver Zhou      :

                                :      15 civ. 5266

        vs                      :

                                :

PNC Bank                        :

------------------------------------x

                PLEASE BE ADVISED THAT THE CONFERENCE SCHEDULED
FOR September 22, 2015 IS HEREBY CANCELLED.

                                        RESPECTFULLY,

Dated: 7-13-15                          William Ryan
                                        Clerk to Judge Keenan

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-13-15