UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| LAW OFFICES OF OLIVER ZHOU | : | CIVIL ACTION NO.: 15-CV-5266 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **NOTICE OF APPEARANCE** |
| CITI BANK, N.A. and | : | |
| PNC BANK, N.A., | : | |
| | : | |
| Defendants | : | |

---

PLEASE TAKE NOTICE that the undersigned is hereby appeared on behalf of Plaintiff in the above captioned matter.

Dated: July 28, 2015
      New York, NY 10013

                                            S/Oliver Zhou_____
                                             Oliver Zhou (OZ3684)
                                             Law Offices of Oliver Zhou
                                             Pro Se Plaintiff
                                             41 Elizabeth Street, Suite 505
                                             New York, NY 10013
                                             Tel: (212) 226-9442

To:    Barry J. Glickman, Esq.
          Zeichner Ellman & Krause LLP
          1211 Avenue of the Americas
          New York, NY 10036
          Tel: (212) 223-0400

          Aaron F. Jaroff, Esq.
          McGuireWoods LLP
          1345 Avenue of the Americas, 7th Floor
          New York, NY 10105
          Tel: (212) 548-2100