ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

BARRY J. GLICKMAN
(212) 826-5327
bglickman@zeklaw.com

August 26, 2015

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
500 Pearl Street, Courtroom 619
New York, New York 10007

> Law Offices of Oliver Zhou v. PNC Bank, N.A. and Citibank, N.A.
> Case No. 15 CV 5266 (ER)
> **Modification of Briefing** Schedule

Dear Judge Ramos:

We are counsel to defendant Citibank, N.A. Following a pre-motion conference on August 5, 2015 this Court permitted defendants Citibank, N.A. and PNC Bank, N.A. to make motions to dismiss plaintiff's complaint pursuant to Fed. R. Civ. P. §3211. At that time this Court set down the following briefing schedule:

- defendants' moving papers: September 14, 2015;
- plaintiff's opposition: September 28, 2015; and
- defendants' replies: October 9, 2015.

It has come to my attention that September 14 is the first day of the Jewish holiday of Rosh Hashanah, on which all manner of work is prohibited and which I will be observing. Accordingly, I have sought the consent of plaintiff and PNC Bank's counsel to a brief enlargement of the time by which defendants must make the motions and each subsequent deadline. PNC Bank's counsel has agreed; plaintiff has not responded to my request.

I respectfully ask this Court to modify the briefing schedule as follows:

- defendants' moving papers: September 18, 2015;
- plaintiff's opposition: October 2, 2015; and
- defendants' replies: October 13, 2015.

ZEICHNER ELLMAN & KRAUSE LLP

Hon. Edgardo Ramos
August 26, 2015
Page 2

We thank this Court for its courtesy and cooperation.

Respectfully,

Barry J. Glickman

cc:   Oliver G. Zhou, Esq. (by e-mail)
      Noreen A. Kelly-Dynega (by e-mail)

824028